## IN THE

# SUPREME COURT OF LOUISIANA,

## IN NEW ORLEANS, DURING THE YEAR 1883,

### AND NOT REPORTED IN FULL.

---

### No. 8873.

### The State ex rel. Annie Martin et al. vs. Judge of Eighth Judicial District.

Mandamus refused, to compel a District Judge to render a particular judgment.

---

### No. 7567.

### White, Richards & Co. vs. A. D. Grief.

Sheriff not held liable for refusing to collect rents of seized property, under certain circumstances.

---

### No. 6918.

### David Wallace, Liquidator, vs. Wyche & Morgan et al.

After dissolution of partnership, former partner cannot be cited out of his domicil.

---

### No. 8836.

### M. T. Pitkin vs. The Sheriff et al.

Appeal dismissed when transcript does not contain copy of judgment appealed from.

---

### No. 8904.

### The State ex rel. Wm. B. Berthoud, President, etc. vs. Hahn, Judge, etc.

Suspensive appeal does not lie from decree of District Judge, accepting bond and sureties of sheriff, under certain circumstances.

---

### No. 8847.

### John Janney vs. Silas Lillard et al.

Mortgage granted by part owner of land, will operate upon his undivided part.

---

### No. 8490.

### L. O'Donnell vs. T. McDermott.

This case involves issues of fact only.